1002

[No. 38064-1-II. Division Two. November 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. ALLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05664-7, James R. Orlando, J., entered July 17, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38256-3-II. Division Two. November 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STUART ALAN BACHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00221-3, Richard L. Brosey, J., entered August 27, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 38322-5-II. Division Two. November 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC SCOTT BOWIE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00032-1, Lisa R. Worswick, J., entered September 12, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 38406-0-II. Division Two. November 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNY CHAN KIM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-02682-7, Brian M. Tollefson, J., entered September 19, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.